**Roger VAUGHAN**

v.

**Diane VAUGHAN.**

Supreme Judicial Court of Maine.

Argued April 29, 1985.

Decided May 28, 1985.

Mittel & Hefferan by Robert E. Mittel (orally), Portland, for plaintiff.

Platz & Thompson by James E. Fortin (orally), Douglas J. Payne, John Millazo, Lewiston, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Diane Vaughan appeals from a judgment of the Superior Court, Androscoggin County, that affirmed the denial by the District Court, Lewiston, of her Rule 60(b) motion for partial relief from a divorce judgment. Because the District Court denied her claim of lack of personal jurisdiction in the original divorce hearing, the doctrine of res judicata precludes re-examination of the question. *Willette v. Umhoeffer,* 268 A.2d 617, 619 (Me.1970). In the post-judgment proceeding presently before us, the appellant failed to establish that she was denied procedural due process or any other basis for relief not previously litigated.

The entry is:

Judgment affirmed.

All concurring.